```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 14261
   TIFFANY CALABRESE
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8546


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/03/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 08/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED             1800.00            .00          126.30
AMERICAN GENERAL FINANCE  UNSECURED          NOT FILED           .00             .00
EASTERN SAVINGS BANK      CURRENT MORTG           .00            .00             .00
EASTERN SAVINGS BANK      MORTGAGE ARRE      19375.00            .00             .00
REAL TIME RESOLUTION      CURRENT MORTG           .00            .00             .00
REAL TIME RESOLUTION      MORTGAGE ARRE       4073.00            .00             .00
AMERICAN DREAM/PAYMENT P  UNSECURED          NOT FILED           .00             .00
HOUSEHOLD FINANCE CORPOR  UNSECURED           6289.29            .00             .00
CAPITAL ONE               UNSECURED          NOT FILED           .00             .00
ECAST SETTLEMENT CORP     UNSECURED          NOT FILED           .00             .00
ECAST SETTLEMENT CORP     UNSECURED          NOT FILED           .00             .00
ERIE INSURANCE GROUP      UNSECURED          NOT FILED           .00             .00
GMAC                      SECURED             6000.00            .00          249.10
HFC/TA                    UNSECURED          NOT FILED           .00             .00
HSBC BANK NEVADA/HSBC CA  UNSECURED           1065.58            .00             .00
KENS WORLD VIDEO          UNSECURED          NOT FILED           .00             .00
LOYOLA UNIVERSITY         UNSECURED          NOT FILED           .00             .00
STITT KLEIN DADAY & ARET  NOTICE ONLY        NOT FILED           .00             .00
SWEDISH COVENANT HOSPITA  UNSECURED          NOT FILED           .00             .00
SWEDISH EMERGENCY ASSOC   UNSECURED          NOT FILED           .00             .00
WASHINGTON MUTUAL         NOTICE ONLY        NOT FILED           .00             .00
WINDRIDGE COURTS CA       UNSECURED          NOT FILED           .00             .00
GMAC                      SECURED VEHIC           .00            .00             .00
EASTERN SAVINGS BANK      NOTICE ONLY        NOT FILED           .00             .00
KONSTANTINE T SPARAGIS    DEBTOR ATTY         1,829.00                        223.52
TOM VAUGHN                TRUSTEE                                              52.08
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     651.00

PRIORITY                                                  .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 14261 TIFFANY CALABRESE
```

```
SECURED                                                    375.40
UNSECURED                                                     .00
ADMINISTRATIVE                                             223.52
TRUSTEE COMPENSATION                                        52.08
DEBTOR REFUND                                                 .00
                              ----------------    ----------------
TOTALS                                  651.00              651.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 11/20/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```